IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>JOSUE CASTRO PINEDA<br><br>                Defendant. | Case No.: 1:16-CR-00055-001 LJO<br><br>ORDER OF RELEASE |

A sentencing hearing regarding violation of supervised release was held August 20, 2018. The defendant is on the waitlist for Nuestra Casa Recovery Home, an inpatient facility located in Fresno, California. It is expected that a bed will become available within the next four to six weeks, at which point defendant will commence inpatient treatment. The defendant shall be released with the same previously ordered conditions of supervised release issued on October 11, 2016.   The defendant shall comply with the additional conditions of supervision as follows:

1. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 180 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.

2. The defendant shall be subject to random alcohol testing/screening, which, at the direction of the probation officer, may include the use of the BI Sobrietor or Soberlink. He shall abide by all program requirements, as directed by the probation officer. The defendant shall pay the costs of BI.

Status Conference set for October 1, 2018 at 8:30am. before Judge O'Neill.  The defendant shall be released forthwith.

IT IS SO ORDERED.

    Dated:   **August 20, 2018**                        **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES CHIEF DISTRICT JUDGE